## THE S. J. WILDER.

### BROWN v. WHITNEY–BODDEN SHIPPING CO. et al.

(Circuit Court of Appeals, Fifth Circuit. October 27, 1922.)

No. 3885.

Appeal from the District Court of the United States for the Southern District of Alabama; Robert T. Ervin, Judge.

Libel by A. Brown against the Whitney-Bodden Shipping Company, claimants of the barkentine S. J. Wilder, and others. From a decree (284 Fed. 728) dismissing the libel, libelant appeals. Affirmed.

George B. Cleveland, Jr., of Mobile, Ala., for appellant.
David B. Goode, of Mobile, Ala., for appellees.
Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. The order or decree appealed from is affirmed.